# GARTH J. RIDGE
### ATTORNEY AT LAW
### TAYLOR OFFICE BUILDING
### 251 FLORIDA STREET, SUITE 301
### BATON ROUGE, LA 70801

**TEL:** (225) **343-0700**
**FAX: (225) 343-7700**

June 8, 2011

Judge Frank J. Polozola
United States District Court
Middle District of Louisiana
777 Florida Street, Room 313
Baton Rouge, Louisiana 70801

RE: Irma Penn v. NCO Financial Systems, Inc.
    Civil Action Number 11 -cv-28-FJP-CN
    United States District Court for the Middle District of Louisiana

Dear Judge Polozola:

    I am notifying the court that a settlement has been reached in this matter.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies, I remain

                                          Sincerely,

                                          Garth J. Ridge

cc:    Irma Penn
       Nick Lorio
       Magistrate Judge Noland